16 MAG 6036

Approved: _____
ELI J. MARK
Assistant United States Attorney

Before: HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge
Southern District of New York

------------------------------------- x
                                      :
UNITED STATES OF AMERICA              :    COMPLAINT
                                      :
        - v. -                        :    Violation of
                                      :    21 U.S.C. § 841(a)(1)
ISIDORO FELIX,                        :
                                      :    COUNTY OF OFFENSE:
        Defendant.                    :    BRONX
                                      :
------------------------------------- x

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOHN SALVITTI, being duly sworn, deposes and says that he is a Detective with the New York City Police Department and a Task Force Officer with the Drug Enforcement Administration (the "DEA"), and charges as follows:

COUNT ONE

1. On or about September 21, 2016, in the Southern District of New York and elsewhere, ISIDORO FELIX, the defendant intentionally and knowingly possessed with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. The controlled substance involved in the offense was 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1

3. I am a Task Force Officer with the DEA. This affidavit is based upon my personal participation in the investigation, my conversations with other law enforcement officers and other individuals, and my examination of reports and records prepared by law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my conversations with other law enforcement agents involved in this investigation and my review of documents related to this investigation, I have learned, in substance and in part, that:

    a. In or about 2015 the DEA began an investigation into a drug trafficking organization (the "DTO") that traffics in, among other controlled substances, heroin.

    b. During the course of that investigation, law enforcement identified ISIDORO FELIX, the defendant, as a supplier of kilogram quantities of heroin.

5. On or about September 9, 2016, the Honorable Barbara Moses, United States Magistrate Judge, Southern District of New York, signed a search warrant (the "Search Warrant") for a residential apartment located 2180 Holland Avenue, Apartment 2A, Bronx, New York (the "Felix Apartment").

6. On or about the morning of September 21, 2016, I, along with other law enforcement officers, participated in a search of the Felix Apartment pursuant to the Search Warrant. From my participation in the search and conversations with other law enforcement agents who conducted the search of the Felix Apartment, I have learned that law enforcement found the following items, among other things, inside the Felix Apartment:

    a. A plastic bag (the "Bag") containing a substance that appeared to the agents, based on their training and experience, to be heroin. The Bag was found inside cabinets in the kitchen area of the apartment.

    b. An electronic scale, hydraulic press, and other materials to package and distribute heroin were also found inside cabinets in the kitchen area of the apartment.

    c. Utility bills, including from Consolidated Edison and Optimum, that were addressed to ISIDORO FELIX, the defendant, at the Felix Apartment.

  7. Based on my participation in the investigation and conversations with other law enforcement agents, I have learned, in substance and in part, that DEA agents weighed the Bag, which contained approximately 600 grams of heroin.

  WHEREFORE, deponent respectfully requests that ISIDORO FELIX, the defendant, be imprisoned or bailed, as the case may be.

_____
JOHN SALVITTI
Task Force Officer
Drug Enforcement Administration


Sworn to before me this
21st day of September, 2016

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK